UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1544(DSD/JMM)

Carla Cruzan,

Plaintiff,

v.

**ORDER**

Special School District
No. 1, et al.,

Defendants.

Defendants' motion for summary judgment set for June 22, 2001, is hereby rescheduled to June 29, 2001, at 9:30 a.m. before the undersigned in Courtroom 14 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. The hearing is scheduled for a total of 30 minutes, which shall be divided by counsel.

Dated: June 7, 2001

David S. Doty, Judge
United States District Court

FILED 6-7-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials